UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

---

MILTON AL STEWART, Acting Secretary of Labor,
United States Department of Labor[1],

        Plaintiff,

v.

WGC HOLDINGS, LLC, ALAN DEFOREST,
MICHELLE FONTAINE-SEGATTI, and
JAMIE SANTACROCE,

        Defendants.

Civil Action No.
1:19-CV-1515 (DNH/CFH)

---

## STIPULATION OF DISMISSAL

The parties have executed settlement agreements resolving all matters between them relating to the Secretary's complaint under the Employee Retirement Income Security Act. No party hereto is an infant or incompetent. Accordingly, the parties stipulate that the above-captioned litigation is dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii); L.R. 41.3.

DATED: February 11, 2021
New York, New York

SO ORDERED
DAVID N. HURD
United States District Judge
Dated: 5/24/21  Utica, NY

**For Plaintiff:**

ELENA GOLDSTEIN
Deputy Solicitor of Labor

JEFFREY S. ROGOFF
Regional Solicitor

BY: _____
B. CARINA DE LA PAZ

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Acting Secretary of Labor Al Stewart is automatically substituted as Plaintiff.

Trial Attorney
U.S. Department of Labor,
*Attorneys for Plaintiff Secretary of Labor*

U.S. Department of Labor
Office of the Regional Solicitor
201 Varick Street, Room 983
New York, NY 10014
(646) 264-3654
(646) 264-3660 (fax)
Delapaz.Barbara.C@dol.gov
NY-SOL-ECF@dol.gov

**For Defendants:**

BY: *[signature]*

JON E. CRAIN
Whiteman Osterman & Hanna LLP
One Commerce Plaza
Albany, NY 12260
(518) 487-7672
(518) 487-7777 (fax)
JCrain@woh.com

*Attorney for WGC Holdings, LLC*

BY: *[signature]*

CHRISTOPHER MASSARONI
Hodgson Russ LLP
677 Broadway, Suite 301
Albany, NY 12207
(518) 433-2432
(518) 391-2102 (fax)
CMassaroni@hodgsonruss.com

*Attorney for Alan DeForest*

BY: *[signature]*

MICHELE FONTAINE-SEGATTI
14 Rushmore Road
Hopewell Junction, NY 12533
(845) 475-4969
iphonechele@gmail.com

BY: _____
JAMIE SANTACROCE
4 Danielles Way
Poughquag, NY 12570
(845) 313-1293
jamiesantacroce@gmail.com